PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 AUG -6  PM 12: 22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

U. S. A. vs. LEON-ALDANA et al
Re: MATERIAL WITNESS MORALES-SOLACHE, GUILLERMINA

Docket No. 07CR0035-L

### Petition for Modification on Conditions of Pretrial Release

Comes now Moisés Santos Pretrial Services Officer presenting an official report upon the conduct of material witness MORALES-SOLACHE, GUILLERMINA who was placed under pretrial release supervision by the Honorable Louisa S. Porter sitting in the court at San Diego, on the 20th day of December, 2006, under the following conditions:

Legally remain in the U.S., report to Pretrial Services for supervision.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On July 10, 2007, the material witness was referred to Next Step Sober Living for temporary housing.

**PRAYING THAT THE COURT WILL MODIFY THE CONDITIONS OF RELEASE AND ORDER THE MATERIAL WITNESS TO RESIDE AT NEXT STEP SOBER LIVING AS DIRECTED BY PRETRIAL SERVICES. PRETRIAL SERVICES TO PROCURE RESIDENTIAL SERVICES AS OF JULY 10, 2007.**

ORDER OF COURT

Considered and ordered this 2nd day of Aug, 2007 and ordered filed and made a part of the records in the above case.

U. S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/1/07

Respectfully,

Moises Santos, U.S. Pretrial Services Officer

Place   San Diego, California

Date    August 1, 2007